**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLEN BAKER ARROYO,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>M.D. BITER, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 12-00088 GAF (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge, dated June 22, 2012. On November 8, 2012, Petitioner lodged with the Court a document captioned, "Traverse." Although Petitioner's deadline for filing a traverse had long-since passed by that time, the Magistrate Judge construed Petitioner's document as his objections to the June 22, 2012 Report and Recommendation and ordered the document to be filed on that basis. The Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 19, 2012

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Gary Feess_
　　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE