**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLEN BAKER ARROYO, | ) | CASE NO. ED CV 12-00088 GAF (RZ) |
|           Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| M.D. BITER, WARDEN, | ) ) | |
|           Respondent. | ) ) | |

This matter came before the Court on the Petition of CARLEN BAKER ARROYO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 19, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE